**MINUTES [0:10]**
**MAY 10, 2023**
**MAGISTRATE JUDGE MARK L. HORNSBY**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION, LP | CIVIL ACTION NO. 23-0589 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| L.L. GOLSON, LLC | MAGISTRATE JUDGE HORNSBY |

A telephone status conference was held on May 10, 2023 at 2:00 p.m. in the above-captioned matter. Michael Donald and Tiffany Raush participated on behalf of Texas Eastern Transmission, LP. Adam Massery participated on behalf of L.L. Golson, LLC.

The parties represented to the Court that they are engaged in settlement discussions and are optimistic that an agreement will be reached. Thus, in lieu of L.L. Golson filing an answer and opposition to the Motion for Preliminary Injunction, the parties requested that the Court maintain the status quo by extending the Temporary Restraining Order (Record Document 6), pending further notice from the parties. **The TRO is hereby extended as requested.** The hearing on the Motion for Preliminary Injunction, previously set for May 17, 2023 at 10 a.m., is hereby continued without date. If settlement is not achieved, counsel for the parties should immediately contact the Court to set an expedited status conference with the Magistrate Judge.



Mark L. Hornsby
U.S. Magistrate Judge