**MINUTES [0:30]**
September 27, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TEXAS EASTERN TRANSMISSION L P | CIVIL ACTION NO. 23-cv-589 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LL GOLSON, LLC | MAGISTRATE JUDGE HORNSBY |

A telephone status conference was held on September 27, 2023. The parties are very close to a resolution and are circulating a draft of a preliminary settlement memorandum. Once that is done, the parties will contact the court for issuance of a 90-day order of dismissal.

Plaintiff anticipates filing an amended pleading to add a new party in the next week or so. Mr. Donald will reach out to Phillip Downer, who is believed to be the attorney for the new party, to see if claims against the new party can be resolved without the necessity of responsive pleadings.

A follow-up telephone status conference will be held on **January 18, 2024 at 10:30 a.m.** Dial-in instructions will be emailed to all counsel of record. Trial counsel for each party must participate.

Mark L. Hornsby
U.S. Magistrate Judge