**MINUTES [0:30]**
February 13, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TEXAS EASTERN TRANSMISSION L P     CIVIL ACTION NO. 23-cv-589

VERSUS     JUDGE S. MAURICE HICKS, JR.

LL GOLSON, LLC     MAGISTRATE JUDGE HORNSBY

A telephone status conference was held on February 13, 2024.  Settlement will be finalized with the Golson defendants shortly, and counsel for Plaintiff will file a motion to dismiss those claims.  As to the Ashworth defendants, there still is an issue of who is going to pay for removal of the berm.  It is anticipated that, once site conditions improve, the parties can move the berm and then resolve the payment issue.

The Motion for Preliminary Injunction (Doc. 19) is hereby terminated as moot.  The pending Motion to Dismiss (Doc. 28) is likewise terminated, but the motion to dismiss may be reurged by letter if the case is not resolved.

A follow-up telephone status conference will be held on **April 18, 2024 at 11:00 a.m.**  Dial-in instructions will be emailed to all counsel of record.  Trial counsel for each party must participate.

Mark L. Hornsby
U.S. Magistrate Judge